UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:19-MJ-414

vs.

BENJAMIN VAUGHN,

Magistrate Judge Michael J. Newman

    Defendant.

_____

**ORDER**
_____

This criminal case is before the Court on Defendant's notice of substitution of counsel (doc. 14). For good cause shown, Defendant's motion is hereby **GRANTED**. The Court advises Counsel that in the future, such notices shall be filed in compliance with Local Rule 83.4.

    **IT IS SO ORDERED.**


Date: August 7, 2019                s/ Michael J. Newman
                                                              Michael J. Newman
                                                              United States Magistrate Judge